CLERK'S OFFICE
A TRUE COPY
Dec 08, 2022
s/ D. Olszewski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Tracking of <br> *(Identify the person, property, or object to be tracked )* <br><br> a red 2022 Jeep Wagoneer, bearing Wisconsin <br> license plate ARG-8088, VIN 1C4SJVDT0NS135241 | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No.  22  MJ  191

## TRACKING WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government shows there is reason to believe that the person, property, or object described above has been involved in and likely will continue to be involved in the criminal activity identified in the application, and  ☑ is located in this district;     ☐ is not now located in this district, but will be at execution;  ☐ the activity in this district relates to domestic or international terrorism;     ☐ other: _____.

I find that the affidavit(s), and any recorded testimony, establish probable cause to believe that *(check the appropriate box)* ☐ using the object      ☑ installing and using a tracking device to monitor the location of the person, property, or object will satisfy the purpose set out in Fed. R. Crim. P. 41(c) for issuing a warrant.

☐ I find entry into the following vehicle or onto the following private property to be necessary without approval or knowledge of the owner, custodian, or user of the vehicle or property for installing, maintaining, and removing the tracking device:

**YOU ARE COMMANDED** to execute this warrant and begin use of the object or complete any installation authorized by the warrant by   12/18/2022   *(no later than 10 days from the date this warrant was issued)* and may continue to use the device until   January 21, 2023   *(no later than 45 days from the date this warrant was issued).*  The tracking may occur within this district or another district.  To install, maintain, or remove the device, you may enter *(check boxes as appropriate)*

☐ into the vehicle described above     ☐ onto the private property described above
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Within 10 calendar days after the use of the tracking device has ended, the officer executing this warrant must both return it to *(United States Magistrate Judge)*   William E. Duffin, United States Magistrate Judge   and — unless delayed notice is authorized below — serve a copy of the warrant on the person who, or whose property or object, was tracked.

☑ Pursuant to 18 U.S.C. § 3103a(b)(1), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and this warrant prohibits the seizure of any tangible property or any wire or electronic communications (as defined in 18 U.S.C § 2510).  I therefore authorize the officer executing this warrant to delay notice to the person who, or whose property or object, will be tracked *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☑ until, the facts justifying, the later specific date of   06/01/2023   .

Date and time issued:   12/8/2022 at 11:06 AM

*Judge's signature*

City and state:   Milwaukee, Wisconsin

William E. Duffin, United States Magistrate Judge
*Printed name and title*

Case No.

## Return of Tracking Warrant With Installation

1.  Date and time tracking device installed: _____

2.  Dates and times tracking device maintained: _____

3.  Date and time tracking device removed: _____

4.  The tracking device was used from *(date and time)*: _____

    to *(date and time)*: _____ .

## Return of Tracking Warrant Without Installation

1.  Date warrant executed: _____

2.  The tracking information was obtained from *(date and time)*: _____

    to *(date and time)*: _____ .

## Certification

I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*



CLERK'S OFFICE
A TRUE COPY
Dec 08, 2022
s/ D. Olszewski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Tracking of<br>*(Identify the person to be tracked or describe*<br>*the object or property to be used for tracking)*<br>a red 2022 Jeep Wagoneer, bearing Wisconsin<br>license plate ARG-8088, VIN 1C4SJVDT0NS135241 | )<br>)<br>)<br>)<br>)<br>) |

Case No.  22   MJ   191

## APPLICATION FOR A TRACKING WARRANT

I, a federal law enforcement officer or attorney for the government, have reason to believe that the person, property, or object described above has been and likely will continue to be involved in one or more violations of __21__ U.S.C. § __841, 843, 846__ . Therefore, in furtherance of a criminal investigation, I request authority to install and use a tracking device or use the tracking capabilities of the property or object described above to determine location. The application is based on the facts set forth on the attached sheet.

- ☑ The person, property, or object is located in this district.
- ☐ The person, property, or object is not now located in this district, but will be at the time of execution.

- ☐ The activity in this district relates to domestic or international terrorism.
- ☐ Other:

The tracking will likely reveal these bases for the warrant under Fed. R. Crim. P. 41(c): *(check one or more)*

- ☑ evidence of a crime;
- ☑ property designed for use, intended for use, or used in committing a crime;

- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ a person to be arrested or a person who is unlawfully restrained.

☐ I further request, for purposes of installing, maintaining or removing the tracking device, authority to enter the following vehicle or private property, or both:

☑ Delayed notice of _____ days (give exact ending date if more than 30 days:  __06/01/2023__ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

MICHAEL LOPEZ  Digitally signed by MICHAEL LOPEZ
Date: 2022.12.07 17:02:20 -06'00'

*Applicant's signature*

Michael Lopez, Task Force Officer (DEA)

*Applicant's printed name and title*

Sworn by telephone pursuant to Rule 4.1

~~Sworn to before me and signed in my presence~~.

Date:  __12/8/2022__

*William E. Duffin*

*Judge's signature*

City and state:  __Milwaukee, Wisconsin__

William E. Duffin, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Michael Lopez, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.     I make this affidavit in support of an application for a search warrant under Federal Rule of Criminal Procedure 41 to authorize law enforcement to install and monitor an electronic tracking device to determine the location of a vehicle more particularly described as a red 2022 Jeep Wagoneer, bearing Wisconsin license plate ARG-8088, VIN 1C4SJVDT0NS135241 (hereinafter "Subject Vehicle").

2.     I am a Task Force Officer with the Drug Enforcement Administration (DEA), and have been since March 2020. I am also a Police Officer with the Milwaukee Police Department and have been since September 2000.  As a part of my duties, I investigate criminal violations relating to narcotics trafficking offenses, including violations of Title 21, United States Code, Sections 841, 843, and 846, and federal firearms offenses, including violations of Title 18, United States Code, Sections 922(g), 924(a), and 924(c). In the course of my experience, I have and continue to be involved in investigations of criminal offenses and have assisted with search warrants for items related to gang investigations, organized crime, violent crime, firearms offenses, drug trafficking, thefts, counterfeit crimes, forgeries, including cellular telephones and other electronic telecommunication devices.

3.     I have had formal training in the investigation of drug trafficking. I have worked with numerous informants in the investigation of drug trafficking. I have participated in the execution of numerous search warrants in which controlled substances, firearms, drug paraphernalia, and counterfeit monies were seized.

2

4.     I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations of and to make arrests for federal felony offenses.

5.     This affidavit is based upon my personal knowledge and upon information provided to me by other federal, state, and local law enforcement officers during the course of their official duties. Throughout this affidavit, I refer to case agents. Case agents are those federal, state, and local law enforcement officers who have directly participated in this investigation, and with whom I have had regular contact regarding this investigation.

6.     The facts in this affidavit come from my personal observations, my training and experience, my review of documents, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

7.     Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 21, United States Code, Section 841(a)(1), 843(b), and 846 have been committed, are being committed, and will be committed by MICHAEL SINGLETON, NOLAN CUNNINGHAM, and others known and unknown. There is also probable cause to believe that the location of the Subject Vehicle will constitute evidence of those criminal violations, and will lead to the identification of individuals who are engaged in the commission of these offenses.

**PROBABLE CAUSE**

8.     The United States, including the Drug Enforcement Administration, is conducting a criminal investigation of the Michael SINGLETON Drug Trafficking Organization ("SINGLETON DTO"), who are selling cocaine, heroin, and fentanyl in the Eastern District of Wisconsin, for violations of 21 U.S.C. §§ 846, 841(a)(1), and 843(b) (distribution and possession

with intent to distribute a controlled substance, unlawful use of a telephone facility to facilitate a felony drug crime, and drug conspiracy). These subjects are the following:

    a.  Michael L. SINGLETON (DOB: 10/27/1990), a.k.a. "Mikey," a.k.a. "360"

    b.  Clarissa P. JOHNSON (DOB: 04/19/1989)

    c.  Lynell WALKER (DOB: 01/28/1980), a.k.a. "Meech"

    d.  Timothy EDWARDS (DOB: 02/20/1992), a.k.a. "Fresh"

    e.  Manuel L. FRANKLIN (DOB: 11/17/1996), a.k.a. "Saman," a.k.a. "Love"

    f.  Venesa D. HOBSON (DOB: 07/22/1965), a.k.a. "Nessa"

    g.  Nolan M.  CUNNINGHAM (DOB: 12/03/1986), a.k.a. "No No"

    h.  Davarious K. NORWOOD (DOB: 07/22/1992), a.k.a. "Keon."

9.     In June 2022, case agents conducted an interview of a confidential source (CS #1) about a subject who was wanted by the Milwaukee Police Department for a shooting.  CS #1 stated that Michael SINGLETON, a.k.a. "Mikey," is known to CS #1 as a heroin and cocaine dealer.  CS #1 stated that SINGLETON is on probation for heroin and is known to carry a firearm. CS #1 stated SINGLETON is wanted by law enforcement for a shooting. CS #1 stated that "Michael SINGLETON" sells drugs with "Manuel Franklin," a.k.a. "Saman." CS #1 stated that CS #1 knows another subject who is in contact with SINGLETON and has SINGLETON's cellular phone number. CS #1 provided me with the subject's (CS #2) contact information.

10.    Case agents spoke with CS #2 who corroborated CS #1 by informing case agents that CS #2 has, in fact, been in contact with SINGLETON via cellular phone. CS #2 further stated that CS #2 is aware that SINGLETON is wanted by law enforcement for a shooting incident. CS #2 stated that SINGLETON's cell phone number is 414-322-9100.

11.    Case agents conducted follow up and learned that on May 28, 2022 the Milwaukee Police Department investigated a shooting that occurred at 3220 West Highland Boulevard, Milwaukee, Wisconsin. The victim Malcolm D. Wilson (DOB: 01/31/1990) suffered a gunshot wound to his left foot. Wilson said that prior to the shooting Wilson was involved in a physical

altercation with the suspect at the RK Liquor Store located at 2537 West State Street, Milwaukee, Wisconsin. Wilson stated that after the altercation Wilson was walking to his mother's residence when the same subject arrived in a silver Honda. Wilson said the subject pointed a black handgun at him and fired one shot, striking Wilson in the left foot. Officers of the Milwaukee Police Department conducted follow up and went to RK Liquor Store and viewed video surveillance. Investigators observed a black male subject park a grey Honda in front of the store, subsequently enter the store, and engage in a physical altercation with Wilson. During this investigation, officers learned through an anonymous caller that Wilson was shot by Michael SINGLETON. Investigators conducted follow up and learned that Michael L. SINGLETON (DOB: 10/27/1990) was on probation with the Wisconsin Department of Corrections for heroin-related charges. Investigators showed SINGLETON's probation agent a still photo of the subject who was involved in the physical altercation with Wilson at the RK Liquor Store. The probation agent identified the subject in the photo as SINGLETON. The probation agent also informed investigators that SINGLETON drove a grey Honda Civic bearing Wisconsin registration AKL-8098. As a result of the investigation, a suspect alert for first-degree recklessly endangering safety and a probation violation warrant for the Wisconsin Department of Corrections was issued for SINGLETON.

12. I showed CS #2 a Milwaukee Police Department booking photo of Michael L. SINGLETON (DOB: 10/27/1990). CS #2 positively identified the subject in the photo as Michael SINGLETON and as the same subject CS #2 knows to be using cell phone number 414-322-9100.

13. On July 20, 2022, the Honorable Michelle Havas, Judge for the Milwaukee County Circuit Court, issued a warrant for pen register and trap-and-trace information for SINGLETON's cell phone number 414-322-9100 in Case No. 22SW3655.

**<u>ATTEMPT ARREST OF MICHAEL SINGLETON</u>**

14. On July 25, 2022, case agents along with officers of the Milwaukee Police Department's Fugitive Apprehension Unit (FAU) went to the area of 9012 North 75th Street, Milwaukee, Wisconsin to locate and arrest SINGLETON for first-degree recklessly endangering

safety. Cellular tower data showed SINGLETON's cellular phone 414-322-9100 was pinging in the area.

15. Case agents and FAU initiated surveillance of the residence. While conducting surveillance, FAU officers observed SINGLETON along with an unknown identified black male exit 9012 North 75th Street and enter a detached garage that was behind 9012 North 75th Street. FAU officers soon thereafter observed the garage door open and observed a silver Nissan Rogue parked in the garage. The Nissan began to drive away as case agents were pulling into the parking lot belonging to 9012 North 75th Street. Case agents attempted to conduct a traffic stop of the Nissan, but the operator of the Nissan accelerated and fled from case agents. During a pursuit of the Nissan, the operator of the Nissan drove over a curb and lawn to avoid law enforcement. Following a vehicle pursuit that reached speeds over 90 miles per hour, the operator of the Nissan was able to elude law enforcement, allowing SINGLETON to escape.

## SEARCH WARRANT AT 9012 NORTH 75TH STREET

16. On July 25, 2022, the Honorable Maria Dorsey, Court Commissioner for the First Judicial District of Wisconsin, issued a warrant to search the premises located at 9012 North 75th Street, Milwaukee, Wisconsin in Case No. 22SW02531 for evidence related to the shooting and fleeing. That day, case agents executed the warrant and found the residence unoccupied. During a search of the residence, case agents seized 347.69 grams of cocaine, 89.77 grams of crack cocaine, 122.60 grams of fentanyl, 1.23 grams of methamphetamine, a black Zev Tech 9mm handgun with a full-auto machinegun conversion device, and a bottle of ChemCenter lactose powder.

## ARREST OF MICHAEL SINGLETON AND RECOVERY OF SINGLETON'S CELLULAR PHONES

17. On July 26, 2022, the FAU located and arrested SINGLETON at 3050 North 78th Street, Milwaukee, Wisconsin. SINGLETON was with Clarissa P. JOHNSON (DOB: 04/19/1989) when he was arrested. During his arrest, SINGLETON was found in possession of a white Apple

iPhone and a black Kyocera flip phone.  Officer Jeffery Cline seized the cellular phones and turned the cellular phones over to case agents.

18.     On July 29, 2022, the Honorable Rosa M. Barillas, Court Commissioner for the First Judicial District of Wisconsin, issued a warrant authorizing the examination of SINGLETON's white Apple iPhone and a black Kyocera flip phone, and the extraction from those cellular devices of electronically stored information in Case No. 22SW3656.

19.     The black Kyocera flip phone was assigned call number 414-322-9100.  During an examination of the black Kyocera flip phone, case agents observed incoming text messages consistent with individuals purchasing drugs from the user of the black Kyocera flip phone. For example, "A G" texted on June 7, 2022 stating: "I need a quarter of girl and a dime of boy bro." The user of phone number 414-467-1098 texted on July 18, 2022 stating: "Can you do a dub of each." The user of phone number 715-527-5071 texted on July 24, 2022 stating: "How much for a g of powder." Case agents believe based on training and experience that "AG" is asking for heroin and cocaine.  Case agents know "boy" is street terminology for heroin and "girl" is street terminology for cocaine. Case agents also know a "quarter" is 0.25 grams and a "dime" is .10 grams.

20.     The white Apple iPhone was assigned call number 414-793-7572.  During an examination of the white Apple iPhone, case agents observed incoming text messages consistent with individuals purchasing drugs from the user of the white Apple iPhone.  For example, "Amber" texted on June 25, 2022 stating: "Aye big bro you do me a sold and give me a 30 of both and I'll pay you the extra dub on Monday when I get paid after work?" The user of phone number 414-241-8466 texted on October 21, 2021, stating: "Bro you need a new digi bro your shit way off man I just got home and the b weight out to .19 and the g was .13 for 45 bucks bro I could of gotten a half and a 15 basically a dub of g for 45 this ain't cool bro cuz I'm broke till Friday and this stuff was supposed to last me all of tomorrow and tonight." On January 4, 2022 the same individual texted and stated: "Actually I need a g of girl and a half of b I got 120 if you can do thay."  Case

agents believe that "Amber" is upset and telling SINGLETON to get a new digital scale because she was shorted of heroin and cocaine.

21. During an examination of photos stored in the white Apple iPhone, case agents observed a photo depicting a text message on a different cellular phone. The text message is from ID.me and references Davarious K. NORWOOD (DOB: 07/22/1992), a.k.a. "Keon," who was later identified in this investigation. That screenshot is depicted below:



**JAIL CALLS BY MICHAEL SINGLETON**

22. Pursuant to his arrest, SINGLETON was detained at the Milwaukee Secure Detention Facility. During this investigation, case agents began to monitor jail calls made by SINGLETON while he was in-custody at the Milwaukee Secure Detention Facility. The calls are recorded and stored by IC Solutions. Case agents identified members of the SINGLETON DTO by various methods, including Thomson Reuters CLEAR, a database that aggregates phone records, license plate recognition data, motor vehicle registration data, credit information, arrest records and intake records, and other public records.

23.     While listening to jail calls, case agents learned that SINGLETON was operating his drug trafficking organization from the Milwaukee Secure Detention Facility. Below are summaries of certain relevant jail calls identified by case agents.

24.     On August 1, 2022 at 08:53, SINGLETON called phone number 414-998-6445. A reverse lookup shows the phone is associated with Clarissa JOHNSON. During the call, SINGLETON spoke with Clarissa JOHNSON. SINGLETON tells JOHNSON the call was his first opportunity to call her. JOHNSON informs SINGLETON that she spoke with "Tim" and his "brother" and heard the walls were busted and she also heard the walls were not busted. Case agents believes JOHNSON is referring to the condition of the walls at 9012 North 75th Street, Milwaukee, Wisconsin, after the warrant execution. SINGLETON asks JOHNSON to call "OG" using her other phone. SINGLETON tells JOHNSON: "My momma's number is 841-0904." SINGLETON jokes with JOHNSON that he only knows her number, his mother's number, and "Fresh's" number. JOHNSON calls SINGLETON's mother. SINGLETON talks with his "momma" and informs her that he has to "get some shit in order" and asks to talk with his brother SINGLETON talks with his brother Lynell WALKER (DOB: 01/28/1980), a.k.a. "Meech." SINGLETON speaks in code while talking with WALKER. SINGLETON tells WALKER that SINGLETON left it in "Rocky car" and "y'all" need to "switch everything over." SINGLETON provides WALKER with a passcode of "1102" and explains that they only need one. SINGLETON states in substance to WALKER that SINGLETON is going to try and contact "Love" and "Fresh." SINGLETON tells WALKER to warn "Fresh" not to trust anyone but "Love."

25.     On August 1, 2022 at 08:53, SINGLETON called phone number 414-998-6445. SINGLETON talks with Clarissa JOHNSON. SINGLETON and JOHNSON talk about specific events that occurred when he was arrested. During the call, SINGLETON asks JOHNSON to call (unintelligible) at 364-2619. A reverse lookup shows the phone number is associated with "Timothy EDWARDS" of "1515 North Sarwell Avenue." Case agents believe "Sarwell" is misspelled and should be "Farwell." During the call, JOHNSON refers to the male call taker as

"Fresh." SINGLETON tells EDWARDS that he has not been charged with anything. SINGLETON warns EDWARDS not to trust anyone except "Love." SINGLETON tells EDWARDS that he gave "Meech" the code, and they can go off who they know. SINGLETON explains if they don't know them "it's no good." Case agents believe SINGLETON is telling EDWARDS to port phone number 414-322-9100, likely a drug line, and only sell to who they know.

26. On August 1, 2022 at 09:25, SINGLETON called phone number 414-364-2619 and spoke with EDWARDS. During the call, SINGLETON explains to EDWARDS that he gave "Meech" the "code," so they can be on his side and that EDWARDS and "Love" can become a "duo." Case agents believe SINGLETON is telling EDWARDS that he can use SINGLETON's drug line and work with FRANKLIN.

27. On August 4, 2022 at 08:46, SINGLETON called phone number 414-364-2619 and spoke with EDWARDS. EDWARDS tells SINGLETON that he has "bad news." EDWARDS informs SINGLETON that "Meech" said "they got the car." SINGLETON informs EDWARDS that they are "going to need a car." SINGLETON is upset the car was taken. Case agents conducted a search that showed on August 4, 2022 at 5:39 a.m., SINGLETON's 2021 Honda Civic bearing Wisconsin license plate AKL-8098 was repossessed and towed to the City of Milwaukee Tow Lot. The car was towed from 1009 South 20th Street, Milwaukee, Wisconsin. SINGLETON asks EDWARDS to call "Saman," but the call is not completed. Case agents believe SINGLETON is upset because his vehicle was towed, and that SINGLETON indicated that the vehicle was being used to transport drugs and to conduct drug transactions.

28. On August 4, 2022 at 08:53, SINGLETON called phone number 414-998-6445 and spoke with JOHNSON. During the call, JOHNSON calls SINGLETON's mother. SINGLETON asks his mother to speak with "Meech." SINGLETON is upset that the car was towed. SINGLETON speaks with WALKER and scolds him for allowing the vehicle to get towed. SINGLETON tells WALKER that SINGLETON previously told WALKER that he had to pay the

note. SINGLETON tells WALKER that "Fresh" "cannot do anything without the car." SINGLETON asks his brother why he did not let "Fresh" get the car and stated that "Fresh" has "the phone and the car go together." WALKER tells SINGLETON that "Fresh" did not come around. SINGLETON tells his brother that it is supposed to be a "three-man team." SINGLETON tells WALKER that SINGLETON is going to call "Saman." SINGLETON asks JOHNSON to call 252-1421. The call goes to voicemail, and a male voice can be heard state call "627," when suddenly JOHNSON hangs up. SINGLETON tells JOHNSON that SINGLETON needs JOHNSON to call "him" and tell "him" to "get up with "Fresh."" SINGLETON stated that he is going to call "Fresh" and tell him what he wants him to do. JOHNSON asks if the name is "THDAKING." SINGLETON tells JOHNSON to call the iPhone number 627-3332. The call goes to voicemail. Case agents believe that SINGLETON is upset with WALKER because the car that was towed was going to be used by EDWARDS to traffick drugs.

29. On August 4, 2022 at 09:05, SINGLETON calls 414-364-2619 and speaks with EDWARDS. SINGLETON asks: "What they been doing for you? They been doing some good for you?" EDWARDS responded: "Not really. . . . It has been slow." SINGLETON states that "they have been off for a minute," and they call the iPhone too. EDWARDS tells SINGLETON that "they coming back around" and that he just "caught up with Tonya last night." SINGLETON asks if "whatchamacallit" called on "9th." EDWARDS confirms with SINGLETON that "you said you want me to rotate with "Saman," right?" SINGLETON replied that he did, but "Meech" "knows where his people be." SINGLETON stated SINGLETON "knows they've been off for a minute." SINGLETON states that they have been off for a week. SINGLETON asks if "Saman" called him back. SINGLETON tells EDWARDS to call him from "my phone" and then asks EDWARDS how he is going to get around. EDWARDS calls "Saman," and the call goes to voicemail for number 414-766-4255. SINGLETON acknowledges "that's the right number, the number he needs." SINGLETON asks if the "hoes been calling." EDWARDS states he thinks so, but "Meech" "answered the phone." SINGLETON asks if "Meech" "saved the number." EDWARDS stated

when "they were riding" the call came. EDWARDS is upset that "Meech" did not save the number. SINGLETON stated there is nothing wrong with the phone and that is why he told them to turn it on. SINGLETON tells EDWARDS he cannot really talk. SINGLETON tells EDWARDS to call "Meech," but the jail call ends. Case agents believe EDWARDS is telling SINGLETON the drug line has been slow. SINGLETON reassures EDWARDS that the lines have been off for a week, referring to the drug line that SINGLETON had EDWARDS ported to another phone. EDWARDS is telling SINGLETON that a regular drug user "Tonya" has called. SINGLETON is asking EDWARDS about a drug user on 9th Street. EDWARDS confirms with SINGLETON that SINGLETON wants EDWARDS and FRANKLIN to work the drug line together. SINGLETON gets upset at WALKER because a call from a drug customer/user came in, but WALKER did not save the number in the phone.

30. On August 4, 2022 at 09:15, SINGLETON calls 414-998-6445 and speaks with JOHNSON. SINGLETON asks JOHNSON to call "No No" at 414-627-1700. SINGLETON tells Nolan M. CUNNINGHAM (DOB: 12/03/1986), a.k.a. "No No," that SINGLETON needs him to "do some shit for him." SINGLETON explains to CUNNINGHAM that ""Fresh" and them let the car get taken" and that they have not been coordinating. CUNNINGHAM states that he already knows that they have been trying to get "that situated." CUNNINGHAM asks SINGLETON what SINGLETON needs him to do. SINGLETON stated he needs CUNNINGHAM to help "Fresh" "get things coordinated" and that CUNNINGHAM should understand that "Fresh" is "real fragile." SINGLETON wants CUNNINGHAM to pick up "Fresh" and "get him going." SINGLETON is concerned that the phones are going to go dead. SINGLETON tells CUNNINGHAM to tell "Saman" that SINGLETON has a phone in a bag at "Saman's" house, but the phone does not have a battery. SINGLETON explains the phone has "all the people." SINGLETON tells CUNNINGHAM the phone company shut the phone off. SINGLETON wants CUNNINGHAM to help "Fresh" by allowing ""Fresh" to ride with "No No" for a few days." SINGLETON and CUNNINGHAM celebrate that SINGLETON has not been charged with anything. Case agents

believe that SINGLETON wants CUNNINGHAM to help EDWARDS operate the drug line. SINGLETON is concerned that if EDWARDS is not active that drug users/customers will stop calling the drug line. SINGLETON is telling CUNNINGHAM about a phone that was being used as a drug line and was shut off, but still has contact information for drug customers saved in the phone.

31. On August 8, 2022 at 16:07, SINGLETON calls 414-998-6445 and speaks with JOHNSON. SINGLETON tells JOHNSON to call 252-1421. A male answered the phone, JOHNSON states "Saman." SINGLETON says: "Love"? JOHNSON tells FRANKLIN that "Michael" is on the call. SINGLETON asks FRANKLIN if he "got the phone out of the bag." SINGLETON tells FRANKLIN that "the phone is in a bag under the kitchen table." FRANKLIN asks if SINGLETON wants him to give the phone to "Fresh." SINGLETON tells FRANKLIN that "he is trying to help them, but if they are okay then it's cool." FRANKLIN states that he and "Fresh" need to talk. SINGLETON tells FRANKLIN that he needs him "to go to the phone store on Fond Du Lac" and explain to them who SINGLETON is and tell them he needs a battery for the phone. SINGLETON is trying to explain to FRANKLIN that the phone is shut off but has contacts stored. SINGLETON tells FRANKLIN he is going to call "Fresh" and have him call FRANKLIN. Case agents believe SINGLETON wants EDWARDS to have the drug customer contacts from the phone in FRANKLIN's house. SINGLETON wants FRANKLIN to go to the cell phone store where the store employees know SINGLETON and see if store employees will help FRANKLIN get a battery for the phone.

32. On August 8, 2022 at 16:19, SINGLETON calls 414-364-2619 and speaks with EDWARDS. SINGLETON asks EDWARDS to call "Saman." SINGLETON tells FRANKLIN and EDWARDS that there is "a phone in the bag at the house" that has all the contacts. SINGLETON tells FRANKLIN and EDWARDS to go through the text messages. SINGLETON provides guidance to FRANKLIN and EDWARDS about working together because "there is potential." FRANKLIN stated they have to work together. SINGLETON tells FRANKLIN and

EDWARDS to get a routine. SINGLETON explains that he needs both of them to work together. SINGLETON tells them to trust each other. SINGLETON explains that "when things start going and one of them needs a day off, they have the other." SINGLETON tells EDWARDS that he needs to get "TH" number and "give it to his girl" and tell "TH" he needs "little bro number." Case agents believe SINGLETON is telling EDWARDS and FRANKLIN that by reviewing the text message content they will know who the drug customers are. SINGLETON is motivating EDWARDS and FRANKLIN to work together so they can make more money and if someone needs a day off the other can continue running the drug line.

33.     On August 8, 2022 at 17:33, SINGLETON calls phone number 414-364-2619 and speaks with EDWARDS. SINGLETON warns EDWARDS that HIDTA is watching. SINGLETON tells EDWARDS to keep his eyes open.  EDWARDS tells SINGLETON he is going to work with "Saman."

34.     On August 9, 2022 at 08:09, SINGLETON calls phone number 414-364-2619 and speaks with EDWARDS. SINGLETON is trying to figure out how to get his vehicle out of the tow lot because the tow lot will not let the vehicle go. SINGLETON asks EDWARDS to get the number from Honda to pay the bill. EDWARDS tells SINGLETON that the "phone was not in the bag." SINGLETON is confused about the phone's location. SINGLETON tells EDWARDS that "the phone is vital." EDWARDS reassures SINGLETON that people will return. Case agents believe SINGLETON is expressing how important it is to have the drug customers' contact information from the cell phone. EDWARDS is confident that the drug customers will return.

35.     On August 9, 2022 at 18:51, SINGLETON calls phone number 414-998-6445 and speaks with JOHNSON. SINGLETON asks JOHNSON to call "No No." SINGLETON speaks with CUNNINGHAM talks about his revocation and speculates as to who the confidential source could be. SINGLETON tells CUNNINGHAM that "they came for him on 76th Street." Case agents believe SINGLETON is trying to figure out who the confidential source was that provided

information about him to law enforcement. SINGLETON tells CUNNINGHAM that he was in the area of North 76th Street when the Fugitive Apprehension Unit attempted to arrest him.

36. On August 10, 2022 at 10:02, SINGLETON calls phone number 414-998-6445 and speaks with JOHNSON. SINGLETON asks JOHNSON to call "Keon" at 507-6689. SINGLETON talks to Davarious K. NORWOOD (DOB: 07/22/1992), a.k.a. "Keon," about his revocation and the possible source. SINGLETON tells NORWOOD that "Fresh" is "not doing right." SINGLETON tells NORWOOD that "the car got towed." SINGLETON tells NORWOOD that he "does not want to leave "Fresh" out." NORWOOD asks if SINGLETON gave "Fresh" "the code." SINGLETON gives NORWOOD the number for "Fresh." SINGLETON tells NORWOOD that "Fresh" has "money on the phone" but can "add "Keon" to the line." NORWOOD tells SINGLETON that he is "going to talk with "Fresh."" Case agents believe EDWARDS is not operating the drug line in a manner that SINGLETON wants. SINGLETON is upset and is considering giving the drug line to someone else, but is hesitant to do that. NORWOOD offers to help by talking with EDWARDS in person.

37. On August 10, 2022 at 15:15, SINGLETON calls phone number 414-364-2619 and speaks with EDWARDS. EDWARDS tells SINGLETON that he is waiting to talk with "Keon." SINGLETON tells EDWARDS that "Keon" is a "better fit for him." SINGLETON tells EDWARDS to learn from "Keon." EDWARDS just finished getting a haircut and tells SINGLETON that ""Keon" is pulling up." EDWARDS gets in the car with NORWOOD and has the phone on speaker mode. SINGLETON wants EDWARDS to contact his lawyer and have the lawyer go see SINGLETON. SINGLETON tells NORWOOD and EDWARDS to talk and come up with a plan. Case agents believe that SINGLETON believes that EDWARDS and NORWOOD would work the drug phone well together. SINGLETON wants EDWARDS and NORWOOD to have a plan to be more efficient and sell more drugs.

38. On August 10, 2022 at 20:22, SINGLETON calls phone number 414-364-2619 and speaks with EDWARDS. EDWARDS tells SINGLETON that he is with "Keon," and "Keon" is

"pumping gas." SINGLETON tells EDWARDS that the driver is "not supposed to get out of the car." EDWARDS tells SINGLETON that he "went to the phone store," but the employee would not help him. EDWARDS said that the employee stated that EDWARDS needs the serial number off the back of the phone. SINGLETON asked EDWARDS if EDWARDS told the employee who SINGLETON was. SINGLETON tells EDWARDS that he is "going to need to get it worked out." NORWOOD asks SINGLETON what numbers SINGLETON had on. SINGLETON gets upset and tells NORWOOD that NORWOOD knows what his numbers are. SINGLETON stated everyone except the "399, 915, 851 are done." NORWOOD states that he knows, but he is "talking about the 975." SINGLETON then interrupts NORWOOD and gets upset. EDWARDS tells SINGLETON that he has seven numbers saved for SINGLETON. SINGLETON asks about certain females calling. SINGLETON asks about a female in the "trailer park" at South 7th Street and West Layton Avenue, Milwaukee, Wisconsin. SINGLETON tells EDWARDS that if no one is calling the female "probably thinks the worst." SINGLETON tells EDWARDS that he has to "drive through there." SINGLETON talks about how the female "can go to somebody else." SINGLETON gives EDWARDS guidance on how EDWARDS can make contact with drug users/customers. SINGLETON is upset that he does not have access to talk with his "hoes." Case agents believe SINGLETON is teaching NORWOOD and EDWARDS how to be mobile drug dealers. Case agents believe SINGLETON knows that they are vulnerable if nobody is in the driver's seat prepared to flee from law enforcement. SINGLETON got upset because he knows the calls are recorded and does not want NORWOOD saying the phone numbers aloud. SINGLETON wants EDWARDS to be more active and reach out to prostitutes to gain more customers. During the call, SINGLETON suggests that he uses women to find new drug customers.

39.     On August 12, 2022 at 10:00, SINGLETON calls phone number 414-998-6445 and speaks with JOHNSON. SINGLETON asks JOHNSON if JOHNSON remembers when SINGLETON had her order that "shit" from "Amazon." SINGLETON asks JOHNSON if SINGLETON needs to tell JOHNSON "what it is" or can she go back and search for it.

SINGLETON tells JOHNSON he is "going to need her to order it again." SINGLETON asks JOHNSON if she knows what SINGLETON is going to start doing with it. SINGLETON starts talking in more code. SINGLETON tells JOHNSON that it is "top secret." JOHNSON asks SINGLETON "what she is supposed to do with it." SINGLETON tells her to "take it out of what it comes in, put it in a regular thing, and sell it like that." SINGLETON tells JOHNSON "not to ever give it to them like it comes" or "they can get it themselves." Case agents believe JOHNSON has ordered a cutting agent from Amazon in the past and the cutting agent is very good. Case agents know that cutting agents are popular to mix with controlled substances and that cutting agents are sold on the streets and corner stores. Case agents believes SINGLETON does not want anyone knowing where SINGLETON gets the cutting agent from because others can just order it themselves.

40. On August 12, 2022 at 14:34, SINGLETON calls phone number 414-364-2619 and speaks with EDWARDS. EDWARDS is at EDWARDS's house. SINGLETON asks if EDWARDS has spoken with "Saman." EDWARDS stated that he has not since EDWARDS was "in the car with him the other day." SINGLETON tells EDWARDS that "the house is not going to work" and that he "needs to get outside." EDWARDS tells SINGLETON that SINGLETON told EDWARDS to "get in the car with "Keon"" and that he has been doing that. EDWARDS calls SINGLETON's mother for him. SINGLETON asks his mother to speak with "Meech." SINGLETON is upset about a female's phone number not being shared with EDWARDS. SINGLETON states that he has been in jail only two weeks and he "cannot be the only one thinking." SINGLETON is upset about how things are being operated while he is in-custody. EDWARDS, WALKER, and SINGLETON argue about how things are being operated. EDWARDS tells SINGLETON that he only has one phone, and EDWARDS is going to give the phone to NORWOOD since SINGLETON does not like the way things are being done. SINGLETON tells EDWARDS not to give the phone to NORWOOD, but that SINGLETON is going to have someone else come get the phone. EDWARDS yells at SINGLETON about the

phone and talks about number "3100" being "back on." SINGLETON is upset about "Vanessa" is calling WALKER and not calling the "3100" number. SINGLETON tells EDWARDS that he is "not focused" and questions why EDWARDS has not obtained a rental vehicle. Case agents believe EDWARDS and SINGLETON have been selling drugs together using the same phone number, and that SINGLETON is telling EDWARDS that selling drugs from a house is not going to make him as much money as selling from a vehicle. SINGLETON is upset with WALKER because he feels like WALKER is trying to steal SINGLETON's customers.

41. On August 12, 2022 at 15:09, SINGLETON calls phone number 414-627-1700 and speaks with "No No." SINGLETON asks if CUNNINGHAM has been on 76th Street. CUNNINGHAM replies "yep." CUNNINGHAM states that he changed his phone number and obtained a new phone number and says, "793-7572." SINGLETON says: "Yep . . . nope . . . something like that." SINGLETON seems irritated that CUNNINGHAM said the number on the recorded line. CUNNINGHAM stated the cell phone store is not helping and asks SINGLETON if SINGLETON wants to call the store. SINGLETON tells CUNNINGHAM to go to the cell phone store with EDWARDS. SINGLETON complains to CUNNINGHAM about how EDWARDS is operating. Case agents believe based on training and experience that CUNNINGHAM is confirming that SINGLETON wants telephone number 414-793-7572 ported. SINGLETON gets upset when CUNNINGHAM says the number on the recorded call. CUNNINGHAM is having difficulty getting the number ported.

42. On August 12, 2022, at 19:48, SINGLETON calls phone number 414-507-6689 and speaks with "Keon." NORWOOD tells SINGLETON that NORWOOD is getting upset with "Fresh." NORWOOD is upset about how "No No" and "Meech" are operating. SINGLETON stated that SINGLETON is going to "get on" them. SINGLETON tells NORWOOD that this is a "team effort." SINGLETON tells NORWOOD that if people are calling "Fresh" and "Fresh" is inside and does not respond that they are going to go somewhere else. SINGLETON is upset that his people are going to let SINGLETON's phones go dead. SINGLETON tells NORWOOD to tell

his "OG" "Meech."  SINGLETON tells NORWOOD that SINGLETON does not think "Fresh" is the right person. SINGLETON gives NORWOOD phone number 841-0904 to call "Meech." The call does not go through. Case agents believe NORWOOD is upset because EDWARDS is not moving fast enough for him. SINGLETON is telling NORWOOD that if EDWARDS is at home that EDWARDS is not going to be able to sell drugs.

43.     On August 12, 2022 at 20:21, SINGLETON calls phone number 414-998-6445 and speaks with JOHNSON. SINGLETON asks JOHNSON to call his "OG."  SINGLETON's mother answers the phone. SINGLETON asks to speak with her son. SINGLETON's mom says that he is not there. SINGLETON tells his mother that WALKER is "foul" and dealing with SINGLETON's people.  SINGLETON is upset and tells his mother that WALKER "thinks this is a game." SINGLETON is upset that WALKER is dealing with his customers and not paying him. SINGLETON then asks JOHNSON to call "Saman" at 252-1421. SINGLETON tells FRANKLIN that someone is "doubling back" and his brother has been doing some "bullshit." SINGLETON talks about his phones.  SINGLETON states that his phone is serviced by U.S. Cellular. FRANKLIN says he is going to put money on 766-4255. Case agents believe SINGLETON is upset because SINGLETON feels WALKER is stealing drug customers and selling behind his back without sharing drug proceeds.

44.     On August 12, 2022 at 08:45, SINGLETON calls phone number 414-998-6445 and speaks with JOHNSON. SINGLETON asks JOHNSON to call his mother.  SINGLETON then asks to speak with her son. SINGLETON argues with his mother about arguing with his brother. SINGLETON tells his mother that "it's his shit," referring to SINGLETON. SINGLETON talks with "Meech." SINGLETON and WALKER argue about WALKER taking two people from SINGLETON's phone. WALKER tells SINGLETON that everyone else goes to EDWARDS. SINGLETON and WALKER argue over drug phones and drug customers. Case agents believe SINGLETON is upset that WALKER took two of SINGLETON's regular drugs customers.

45.     On August 13, 2022 at 18:45, SINGLETON calls phone number 414-766-4255 and speaks with "Saman." FRANKLIN tells SINGLETON that FRANKLIN put money on his other number 627-3332. SINGLETON asks FRANKLIN what he can come up with so he can tell them. FRANKLIN tells SINGLETON that FRANKLIN can come up with "5 g's." FRANKLIN is in the car with "Max" and "Baby." SINGLETON talks in code with FRANKLIN. SINGLETON tells FRANKLIN about a location. SINGLETON asks FRANKLIN if he knows where SINGLETON is from. SINGLETON asks FRANKLIN if he knows where the projects are, and SINGLETON says "it's right there . . . You know the busy street, like that, but under, you know like you were at, you would have to meet me under there." SINGLETON asks FRANKLIN if he "gets it." FRANKLIN tries to give more information by providing street locations. SINGLETON mentions Vliet Street and Highland. Later in the call, FRANKLIN tells SINGLETON that he is waiting on "Fresh." Case agents believe SINGLETON has a drug supplier and is arranging for FRANKLIN and EDWARDS to purchase from the drug supplier.

46.     On August 13, 2022, at 19:01, SINGLETON calls phone number 414-552-5598 and speaks with an unknown male. SINGLETON tells the male that SINGLETON's son is the best way to do things the way he wants. SINGLETON tells the male that his son is 17 and tells the male to talk with him. SINGLETON tells the male that his brother and "Fresh" are doing what they need to. SINGLETON is talking code with the male. SINGLETON tells the male that his brother can go half on Monday. SINGLETON tells the male he is going to have his son call the male.

47.     On August 13, 2022 at 19:17, SINGLETON calls phone number 414-998-6445 and speaks with JOHNSON. SINGLETON asks JOHNSON to call "No No." SINGLETON tells CUNNINGHAM that SINGLETON talked to his people. SINGLETON indicates that SINGLETON is trying to figure out a way to talk with CUNNINGHAM without providing too much information. SINGLETON tells CUNNINGHAM that SINGLETON's people on 76th Street have a real house on 80th Street. SINGLETON says but the house is "like I had it." SINGLETON

says that "Little Love" is ready, but "Little Love" is only half way and can only meet you half way up there. CUNNINGHAM says he would rather go up to 76th Street and will meet someone half way. CUNNINGHAM asks if "Love" is ready.  SINGLETON says "Love" has nothing right now.

48.     On August 14, 2022 at 14:40, SINGLETON calls phone number 414-998-6445 and speaks with JOHNSON. SINGLETON asks JOHNSON to call (unintelligible) at "1421."  Case agents know the number is used by FRANKLIN. SINGLETON asks FRANKLIN when FRANKLIN will be ready.  FRANKLIN asks what he will have to come up with.  SINGLETON says it will probably be "4 for umm."  SINGLETON tells FRANKLIN that it will be "on him."  SINGLETON tells FRANKLIN that SINGLETON previously told him where it was at and then ask FRANKLIN is he knows what he was talking about.  Case agents believe SINGLETON is referring to the call from August 13, 2022 at 18:45. FRANKLIN admits that he is "lost."  SINGLETON asks FRANKLIN if he remembers when SINGLETON asked FRANKLIN to give him that "dollar."  SINGLETON says: "It's my block. It's under that." FRANKLIN repeats what SINGLETON said.  FRANKLIN says: "I'm getting out of your way pretty much."  SINGLETON then tries to give FRANKLIN a better location in the "projects," but is hesitant to talk. FRANKLIN is still not understanding where SINGLETON is talking about. SINGLETON then states: "You are just going to have to meet me on 80th, bro." FRANKLIN seems to understand what SINGLETON is talking about.  SINGLETON repeats that SINGLETON is getting out of his way.  FRANKLIN tells SINGLETON he can do "40." SINGLETON says "it's cool" because SINGLETON was going to have "No No" go with him.  SINGLETON says it would "be cool" if FRANKLIN could do "50" then it could be "half and half." SINGLETON tells the subject if things do not change by next week, SINGLETON will be coming his way. SINGLETON also tells the subject that SINGLETON is going to have that "good shit" ready, "not like the stuff on Atkinson or Fond Du Lac." Case agents believe SINGLETON is acting as a middleman for his drug supplier. Case agents believe that SINGLETON is asking FRANKLIN to put up more money, so

FRANKLIN can provide half of the cost. Case agents believe SINGLETON is referring to having a cutting agent available.

49.     On August 14, 2022 at 14:56, SINGLETON calls phone number 414-364-2619 and speaks with EDWARDS. EDWARDS tells SINGLETON that (unintelligible) wants to talk with SINGLETON. SINGLETON talks with the unknown male subject and explains that SINGLETON is facing revocation. EDWARDS gets the phone back and calls "Nessa." SINGLETON tells Venesa D. HOBSON (DOB: 07/22/1965), a.k.a. "Nessa," that SINGLETON needs HOBSON's help. SINGLETON asks HOBSON if anything came back on her. HOBSON says, "No." HOBSON tells SINGLETON that there was $250 in fees for the keys. SINGLETON asks HOBSON to "fuck with cuz" like she would with SINGLETON. SINGLETON tells HOBSON that "Rose" knows EDWARDS too. SINGLETON says without HOBSON, SINGLETON cannot do what he needs. HOBSON says she will be out of work for a week and has no money. SINGLETON tells HOBSON that SINGLETON will have EDWARDS pull up on her, and EDWARDS and HOBSON can help each other. HOBSON stated she will go to the other place to see if she can get wheels. SINGLETON says: "Yes, that's what he needs." Case agents believes HOBSON is renting vehicles for the SINGLETON DTO. Case agents believe the Nissan Rogue that SINGLETON fled in was rented by HOBSON. SINGLETON wants HOBSON to rent another vehicle for EDWARDS.

50.     On August 14, 2022 at 15:12, SINGLETON calls phone number 414-364-2619 and speaks with EDWARDS. SINGLETON asks EDWARDS if EDWARDS would rather "fuck with "Saman" or "Keon."" EDWARDS says that EDWARDS would rather "fuck with "Key."" SINGLETON asks EDWARDS to call "Key." The call does not go through.  SINGLETON asks EDWARDS how EDWARDS is "paper wise." SINGLETON asks if EDWARDS has "4 g's." EDWARDS says he does. SINGLETON tells EDWARDS that SINGLETON has already talked with "Saman" and "No No," and they are "putting their pieces together." Case agents believe that SINGLETON is asking EDWARDS if EDWARDS would rather work the drug line with

FRANKLIN or NORWOOD. SINGLETON is inquiring about how much money EDWARDS has because SINGLETON is attempting to middle a drug transaction for EDWARDS, FRANKLIN, and CUNNINGHAM.

51.     On August 14, 2022 at 19:46, SINGLETON calls phone number 414-998-6445 and speaks with JOHNSON. SINGLETON asks JOHNSON to call "No No." The call is going through. SINGLETON tells JOHNSON to call the "black dude at 587-2444." The call does not go through. "Black dude" calls JOHNSON back. "Black dude" says that he talked with "Fresh." SINGLETON and "black dude" talk about SINGLETON's revocation hearing.

52.     On August 15, 2022 at 07:46, SINGLETON calls phone number 414-998-6445 and speaks with JOHNSON. SINGLETON tells JOHNSON that "Fresh" said that "Fresh" feels more comfortable with "Keon." JOHNSON talks about "Love" being loyal to SINGLETON. SINGLETON tells JOHNSON that "my people" are going to get them a rental. SINGLETON tells JOHNSON that SINGLETON is going to give "Fresh" the rental. SINGLETON wants "Fresh" to work with "Love" and not "Keon." SINGLETON tells JOHNSON that SINGLETON does not have to worry about "Love," and SINGLETON can "dictate" shit. SINGLETON tells JOHNSON that he trusts "Love" more than he trusts NORWOOD. Case agents believe SINGLETON does not trust NORWOOD and does not want NORWOOD to take over the SINGLETON DTO.

53.     On August 15, 2022 at 08:04, SINGLETON calls phone number 414-364-2619 and speaks with EDWARDS. EDWARDS talks about how EDWARDS "turned in early last night" and gave "Key" the phone. EDWARDS talks about two phones. EDWARDS says that "Key" has one phone and EDWARDS has the other phone. SINGLETON talks about how SINGLETON loves "Key," but SINGLETON does not fully trust him. EDWARDS asks SINGLETON if SINGLETON wants EDWARDS to deal with just "Saman." EDWARDS talks about how he works with both of them. SINGLETON is concerned that SINGLETON can lose control with "Keon," but "Keon" likes to control things. Case agents believe that SINGLETON is concerned that NORWOOD is going to take over the SINGLETON DTO. SINGLETON tells EDWARDS

that they are going to work with FRANKLIN, so SINGLETON can control things. Case agents believe there are multiple drug lines and EDWARDS stopped selling drugs early and gave NORWOOD the drug phone to continue through the night.

54. On August 15, 2022 at 08:04, SINGLETON calls phone number 414-364-2619 and speaks with EDWARDS. SINGLETON is happy that EDWARDS and SINGLETON are "thinking the same." SINGLETON tells EDWARDS to "keep organized." SINGLETON talks about "knowing what side things come from." SINGLETON talks about when EDWARDS "gets the car" "things will pick up." SINGLETON tells EDWARDS that "Nessa" should have reserved the car already. SINGLETON is asking if EDWARDS is ready because "Buka" will have it. Case agents believe SINGLETON is assuring EDWARDS that once he has a vehicle it will be easier to conduct drug transaction.

55. On August 15, 2022 at 12:59, SINGLETON calls phone number 414-998-6445 and speaks with JOHNSON. JOHNSON tells SINGLETON that she is putting money on his phone and using money to order more stuff. SINGLETON is having JOHNSON to use messenger to contact someone. SINGLETON has JOHNSON call "Love" at 252-1421. SINGLETON asks FRANKLIN if he has contacted "Fresh." SINGLETON tells FRANKLIN that SINGLETON's people are getting "Fresh" a rental car. SINGLETON tells FRANKLIN that they both can "go half on it" if they want. SINGLETON tells FRANKLIN how they can have a "work car and not worry." FRANKLIN asks SINGLETON to call him at 414-627-3332. Case agents believe that JOHNSON is ordering more cutting agent and someone is in the process of obtaining a rental vehicle for EDWARDS.

56. On August 15, 2022 at 13:12, SINGLETON calls phone number 414-627-3332 and speaks with "Love." SINGLETON tells FRANKLIN that they should get an SUV, so they can feel comfortable. SINGLETON tells FRANKLIN that when FRANKLIN is ready and "Fresh" is ready that SINGLETON's people will have "his bitch order the shit." SINGLETON talks about getting his son involved. SINGLETON talks to FRANKLIN about "how good things can be." Case agents

believe that SINGLETON is giving FRANKLIN guidance about obtaining a rental car, and that SINGLETON is telling FRANKLIN that they can make more money using a rental car.

57. On August 15, 2022 at 13:32, SINGLETON calls phone number 414-998-6445 and speaks with JOHNSON. According to JOHNSON, someone told JOHNSON that the lawyer stated to tell SINGLETON not to be talking on the phone. SINGLETON says that means "they are on me." SINGLETON has JOHNSON call 587-2444. The call taker says the lawyer said not to be talking on the phone. SINGLETON tells JOHNSON to call "Fresh," and "Fresh" suggests that he is with "Antonio." SINGLETON catches up with "Antonio" since he has not seen him since 2015. SINGLETON says he just got off phone with "Black Dude" who told him about the lawyer. Case agents believe that SINGLETON expressed concerned about making incriminatory statements on jail calls.

58. On August 16, 2022 at 15:18, SINGLETON calls phone number 414-252-1421 and speaks with "Love," who says he is with "Breezy." "Breezy" speaks with SINGLETON and says that "he's been fucking with "Keon" and "Terry."" "Breezy" says "Keon" and "Terry" are not really working together well. FRANKLIN tells SINGLETON that when he is on the phone with "Fresh" he acts like he is trying to get stuff together, including getting a rental. SINGLETON asks FRANKLIN to call "Fresh" at 364-2619. The call is very hard to hear.

59. On August 18, 2022 at 09:33, SINGLETON calls phone number 414-998-6445. SINGLETON talks with JOHNSON. SINGLETON asks JOHNSON to call "Fresh" at 364-2619. EDWARDS says he grabbed the rental yesterday. JOHNSON stated they only had SUVs. SINGLETON asked EDWARDS if it feels good.

60. On August 18, 2022 at 09:48, SINGLETON calls phone number 414-364-2619 and speaks with EDWARDS. EDWARDS tells SINGLETON that "it has been picking up." EDWARDS talks about how much it was to rent the car for the whole month. SINGLETON is schooling EDWARDS on what he needs to do to make money. Case agents believe that EDWARDS is telling SINGLETON that more drug users are calling the drug lines.

61. On August 18, 2022 at 10:05, SINGLETON calls phone number 414-998-6445 and speaks with JOHNSON. SINGLETON asks JOHNSON to call "Lil bro" at 627-3332. The call does not go through. SINGLETON asks JOHNSON to call 252-1421. The call goes to voicemail. SINGLETON asks JOHNSON to call 766-4255. The call does not go through. SINGLETON asks JOHNSON to call "Keon" at 414-507-6689. SINGLETON talks with NORWOOD and asks what "Fresh" has been up to. NORWOOD talks about "Man Man" and "Base" getting pulled over with two guns in the car. NORWOOD says "Base" just got out. SINGLETON talks to NORWOOD about EDWARDS not being ready. SINGLETON asks NORWOOD if he remembers SINGLETON talking about "busting some moves with the one shit." NORWOOD remembers what he is talking about. SINGLETON tells NORWOOD that he "got some." NORWOOD asks where it is. SINGLETON tells NORWOOD that he will call him later.

62. On August 18, 2022 at 14:23, SINGLETON calls phone number 414-507-6689 and speaks with "Keon." SINGLETON and NORWOOD joke around that "Fresh" "does not want it." SINGLETON talks about things "not picking up then he is going to do what he has to do." SINGLETON and NORWOOD continue to talk about "Fresh" not working hard. Case agents believe SINGLETON thinks EDWARDS is not made for drug dealing and lacks dedication. SINGLETON wants to give the drug phone to someone else if EDWARDS does not work harder.

63. On August 18, 2022 at 15:42, SINGLETON calls phone number 414-998-6445 and speaks with JOHNSON. SINGLETON asks JOHNSON if she is going to be ready for "Keon." SINGLETON tells JOHNSON to open one at a time. Case agents believe NORWOOD is buying the cutting agent from JOHNSON.

64. On August 18, 2022 at 20:24, SINGLETON calls phone number 414-627-3332 and speaks with "Love." SINGLETON tells FRANKLIN that "tomorrow it's going to be there." SINGLETON tells FRANKLIN that his "bitch already had the other shit." SINGLETON talks about it "being better than the corner store stuff." Case Agents believe JOHNSON has the cutting agent and SINGLETON's source will have the product.

65. On August 19, 2022 at 08:17, SINGLETON calls phone number 414-552-5598 and speaks with an unknown male. SINGLETON talks about his son going to school so they will not be home until 3:00 p.m. SINGLETON says he is going to have "both of them pull up." SINGLETON tells the male he is going to call them. SINGLETON says: "it's for sure today" and "he is going to do what he can."

66. On August 19, 2022 at 08:30, SINGLETON calls phone number 414-364-2619 and speaks with EDWARDS. SINGLETON tells JOHNSON that they can pull up on "Buka" after he gets out of school. "Buka" gets out at 3 or 3:30 p.m. SINGLETON says he will call "Little Bro" too. SINGLETON tells EDWARDS he might need a high priced lawyer, so that is why he needs them to get active. Case agents believe SINGLETON is telling EDWARDS he might need them to sell more drugs because SINGLETON is going to need more money to pay for legal representation.

67. On August 19, 2022 at 13:18, SINGLETON calls phone number 414-364-2619 and speaks with EDWARDS. SINGLETON tells EDWARDS to "hold off on that thing with baby."

68. On August 19, 2022 at 13:26, SINGLETON calls phone number 414-998-6445 and speaks with JOHNSON. SINGLETON asks JOHNSON to text "Saman" and see if he is ready.

69. On August 19, 2022 at 13:26, SINGLETON calls phone number 414-998-6445 and speaks with JOHNSON. SINGLETON asks JOHNSON to call "No No" at 627-1700. The call does not go through. SINGLETON then tells JOHNSON to call 252-1421. The call goes to voicemail. The voicemail is a male voice saying call 627-3332. JOHNSON calls 414-627-3332. The phone is answered by EDWARDS. SINGLETON asks if they are in the car together. The phone was given to "Fresh." EDWARDS is in the car with "Antonio." EDWARDS said he is "sliding with bro." SINGLETON asks EDWARDS for "Love's" iPhone number. The number is 766-4255. SINGLETON asks if EDWARDS has another number for "No No." The number is "467-9085."

70. On August 19, 2022 at 18:09, SINGLETON calls phone number 414-998-6445 and speaks with JOHNSON. SINGLETON tells JOHNSON to call 467-9085. The call goes to voicemail. SINGLETON tells JOHNSON to call "Love" at 766-4255. SINGLETON asks FRANKLIN what he wants SINGLETON to tell his people. FRANKLIN asks if they are "ready now." SINGLETON says they should be because he told them from 3 to 5. SINGLETON says "whatever you come up with he was going to try and get him the whole way." FRANKLIN says he only has "$1500 to 2 g's." SINGLETON says "that's cool he's gonna call "Fresh."" FRANKLIN says he "has the money on him." SINGLETON says "all you have to do pull up on baby." JOHNSON says "Buka" is at work. JOHNSON says "just pull up on Baby." SINGLETON asks if FRANKLIN has "Baby's number." JOHNSON said this is the house number, referring to the line JOHNSON called from.

71. On October 20, 2022 at 10:07, SINGLETON called phone number 414-254-4090 and spoke with CUNNINGHAM. During the call, CUNNINGHAM receives a call on another cellular phone, and the phone ring can be heard. CUNNINGHAM states: "where are you now?" CUNNINGHAM tells the female to get off on "Miller Parkway." CUNNINGHAM tells the female "It's Landmark on 43rd and National." The call with the female is terminated, and SINGLETON continues to talk with CUNNINGHAM. Later during the call, CUNNINGHAM receives a call on another cellular phone. The female asks CUNNINGHAM where he is, and CUNNINGHAM tells the female that he is "pulling up." The call with the female is terminated. CUNNINGHAM's continues his call with SINGLETON. Later during the call, case agent hear what sounds like a car door closing. Case agents hear CUNNINGHAM talking with a female. Case agents can hear CUNNINGHAM say: "like 800." The female says: "I'm gonna call you back. I'm gonna start serving." CUNNINGHAM is heard asking if the female wants it "hard," and the female confirms by saying "yeah." CUNNINGHAM responds by saying: "You might as well get it now, so I don't have to come back." The female tells CUNNINGHAM: "I need some customers." CUNNINGHAM asks the female if she wants the "other shit." CUNNINGHAM tells the female

how he is five minutes late with her and now she is making him late for the next person. The conversation with the female stops, and CUNNINGHAM continues talking with SINGLETON. Later during the call, CUNNINGHAM receives a phone call on another cellular phone and answers the phone stating: "Haley, I'll be there in like 5 mins. I'm on the highway." Case agents know through training and experience that CUNNINGHAM is conducting drug transactions. Case agents believe the female buyer was purchasing heroin from CUNNINGHAM, but also had an interest in crack cocaine based on the terminology "hard," which refers to crack rather than powder. Case agents believe CUNNINGHAM wanted to sell the female the crack cocaine, so he did not have to come back.

72. On October 20, 2022 at 10:24, SINGLETON called phone number 414-254-4090 and spoke with CUNNINGHAM. During the call CUNNINGHAM receive a call on another cellular phone. CUNNINGHAM answers the phone and tells the caller: "I'm almost outside. Be outside." CUNNINGHAM continues to talk with SINGLETON. Later during the call, case agents hear CUNNINGHAM talking with a female. Case agents believe the female is in the car with CUNNINGHAM. The female asks CUNNINGHAM if she can get "a little line," and CUNNINGHAM tells the female "no." CUNNINGHAM asks the female where they are going, and the female says: "BMO on KK." The female pleads with CUNNINGHAM for a "little line." CUNNINGHAM tells the female "no." The female tells CUNNINGHAM she has "three hundred and forty dollars." The female continues to plead with CUNNINGHAM. While talking with the female, case agents can hear a third cellular phone ring. CUNNINGHAM states: "There you go. On the G, your shit doing the shit." SINGLETON began to laugh and say: "I know that sound" and "I done figured out which one mine tho." CUNNINGHAM answers the phone and says: "Hailey, we got G on the phone, Hailey." Hailey responds: "Hi, G." Case agents can hear Hailey asking if CUNNINGHAM is coming to "Landmark," CUNNINGHAM asks if she is there, and Hailey confirms she is there. The female in the car with CUNNINGHAM can be heard telling CUNNINGHAML: "BMO." CUNNINGHAM tells the female to go in and handle her business

and come out. The female again asks for a "bump," and CUNNINGHAM gets upset and tells the female he already told her "no." The female pleads with CUNNINGHAM telling him she will give CUNNINGHAM an extra "40." CUNNINGHAM tells the female to "go get my money, and I'm not giving you nothing." Case agents believe that CUNNINGHAM picked up a female drug user who owes CUNNINGHAM money. Case agents believe the female user is asking CUNNINGHAM for a quick sample of drugs but CUNNINGHAM is fearful that the female user will overdose. Case agents believe CUNNINGHAM is in possession of a ported line that belonged to SINGLETON prior to SINGLETON being arrested. Case agents believe CUNNINGHAM was planning to meet Hailey at the Landmark Credit Union to sell her drugs. Case agents know SINGLETON has a contact in his phone saved as "Haley" with cellular phone number 414-484-6719. Case agents also reviewed a toll frequency report for SINLGETON's drug line 414-322-9100 for calls from August 11, 2022 to September 4, 2022, that shows the number one contact is phone number 414-484-6719 with 317 calls. Case agents conducted a search of IC Solutions for phone number 414-484-6719. IC Solutions reverse look up shows the number being associated with Haley Kobak. Case agent searched Milwaukee Police Department records that show on August 5, 2019, the Milwaukee Police Department responded to an overdose in Milwaukee in Incident No. 19-217-0173. During the investigation, Haley M. Koback (DOB: 07/23/1996) was identified as the person who overdosed from heroin.

73. Case agents served Landmark Credit Union with an administrative subpoena for surveillance video for exterior surveillance video on October 20, 2022 from 10:00 a.m. to 11:00 a.m. On November 3, 2022, Landmark Credit Union responded with the requested information. Case agents reviewed the provided surveillance video and observed on October 20, 2022, at 10:11 a.m., a black Mazda bearing Wisconsin registration AKP-3688 enters the Landmark Credit Union parking lot from the Miller Park Way entrance. Case agents observed the Mazda park in a stall in the center of the parking lot. Case agents then observe the Mazda back out and park in a stall on the west side of the lot. Case agents again observe the Mazda back out and park in a stall in the

middle of the lot. Case agents observe at 10:44 a.m., the Mazda back out of the stall and leave the parking lot. Cases agents conducted a check of Wisconsin registration plate AKP-3688, which shows that the plate is registered to Haley M. KOBACK (DOB: 10/23/1996) on a black 2000 Mazda 3. Case agents believe that CUNNINGHAM moved KOBACK to a different location to conduct the drug transaction. Case agents know it is common to move drug users around to avoid law enforcement.

## IDENTIFYING MEMBERS OF THE SINGLETON DTO

74.    Clarissa P. JOHNSON (DOB: 04/19/1989): JOHNSON was with SINGLETON when he was arrested on July 26, 2022. While in-custody, SINGLETON regularly makes telephonic contact with JOHNSON at telephone number 414-998-6445. A reverse lookup shows the phone number is associated with "Clarissa Johnson." Case agents served T-Mobile/Sprint with an administrative subpoena for telephone toll records and subscriber information for telephone number 414-998-6445. The requested information shows no subscriber name associated with the account. Case agents searched telephone number 414-998-6445 in Cash App. Cash App is a mobile application that allows money to be sent to an individual electronically. Case agents know this application is common tool used by drug dealers. Telephone number 414-998-6445 is linked to Cash App profile "Johnson" with Cash Tag "$Ladythreesixty." The profile also has a personal photo depicting JOHNSON.

75.    Timothy EDWARDS (DOB: 02/20/92), a.k.a. "Fresh": While in-custody, SINGLETON regularly makes telephonic contact with EDWARDS at telephone number 414-364-2619 and 414-817-2418. A reverse lookup shows phone number 414-817-2418 is associated with "Timothy Edwards" of "1515 North Sarwell Avenue." Case agents believe "Sarwell" was misspelled and should be "Farwell." Case agents are aware that the utilities for 1515 North Farwell Avenue, Milwaukee, Wisconsin are registered to EDWARDS with WE Energies. SINGLETON regularly refers to EDWARDS as "Fresh" during phone calls. A check shows that EDWARDS has a Facebook account under Facebook Username "Tim Edwards (Freshalott)."

76. Lynell WALKER (DOB: 01/28/1980), a.k.a. "Meech": After his arrest on July 26, 2022, SINGLETON was interviewed by officers of the Milwaukee Police Department. SINGLETON identified his brother as a "Lanell Walker." Case agents identified LYNELL WALKER (DOB: 01/28/1980), who overdosed twice at his mother's residence located at 1015 South 20th Street, Milwaukee, Wisconsin. Case agents reviewed the body camera video from one of those overdose incidents, during which SINGLETON identified WALKER as "Meech" to an investigating officer. Case agents served T-Mobile/Sprint with an administrative subpoena for telephone toll records and subscriber information for telephone number 414-841-0904. The requested information shows the subscriber as Debra Edwards with a billing address at 1015 South 20th Street, Milwaukee, Wisconsin. Case agents searched telephone number 414-841-0904 in Cash App. Telephone number 414-841-0904 is linked to Cash App profile "Debra Edwards" with Cash Tag "$DebraEdwards6271."

77. Manuel L. FRANKLIN (DOB: 11/17/1996), a.k.a. "Saman," a.k.a. "Love": During case agent's initial interview of CS #1, CS # 1 identified "Manuel Franklin" as "Saman." While in-custody, SINGLETON regularly makes telephonic contact with Franklin at telephone number 414-627-3332, 414-252-1421 and 414-766-4255. During calls, SINGLETON refers to FRANKLIN as "Love" and "Saman." Case agents reviewed Milwaukee Police Department reports that shows FRANKLIN's middle name is "Love." Case agents served U.S. Cellular with an administrative subpoena for tolls and subscriber information for telephone number 414-627-3332. The requested information shows no subscriber name for telephone number 414-627-3332. The requested information shows the account is linked to noone@uscellular.com and jasmine.franklin@icloud.com. Case agents served U.S. Cellular with an administrative subpoena for telephone toll records and subscriber information for telephone number 414-252-1421. The requested information shows no subscriber name for telephone number 414-252-1421. Case agents searched phone number 414-627-3332 in IC Solutions. IC Solutions reverse lookup shows the telephone number 414-627-3332 as being associated with "Manuel Frank." Case agents served T-

Mobile/Sprint with an administrative subpoena for telephone toll records and subscriber information for telephone number 414-766-4255. The requested information shows no subscriber name associated with the account. Case agents searched telephone number 414-766-4255 in Cash App. Telephone number 414-766-4255 is linked to Cash App profile "Manuel Franklin" with Cash Tag "$BusBoyLuv." The profile also has a personal photo depicting FRANKLIN.

78.     Venesa D. HOBSON (DOB: 07/22/1965), a.k.a. "Nessa": On August 14, 2022, SINGLETON and EDWARDS called "Nessa." During the call, HOBSON stated she will "go to the other place to see if she can get wheels." SINGLETON tells HOBSON "that's what he needs." Case agents believes that HOBSON is renting vehicles for the SINGLETON DTO. Case agents believe the Nissan Rogue that SINGLETON fled in was rented by HOBOSN. Case agents also believe SINGLETON wants HOBSON to rent another vehicle for EDWARDS. Case agents recognized the name "Nessa" as a contact that was saved in the black Kyocera that was seized from SINGLETON during his arrest. The Kyocera is the same phone assigned phone number 414-322-9100. The phone number saved under "Nessa" in the contacts of the Kyocera is 414-659-0296. Case agents served AT&T with an administrative subpoena for telephone toll records and subscriber information for telephone number 414-659-0296. The requested information shows the subscriber as "Vanessa Coleman" for telephone number 414-659-0296. The requested information shows the account is linked to vanessa_coleman2@yahoo.com. Case agents searched telephone number 414-659-0296 in Cash App. Telephone number 414-659-0296 is linked to Cash App profile "Venesa Hobson" with Cash Tag "$Venesa7." The profile also has a personal photo depicting HOBSON. Case agents conducted follow up and learned that Venesa D. Hobson (DOB: 07/22/1965) was documented as having phone number 414-659-0296 in Milwaukee Police Department Incident No. 21-313-0104. Case agents began to contact local rental vehicle companies to inquire if HOBSON has recently rented a vehicle. Case agents learned that HOBSON had recently rented two vehicles with EAN Holdings, the holding company for Enterprise Rent-a-Car. On September 20, 2022, case agents served EAN Holdings with administrative subpoenas for

vehicles rented by HOBSON. EAN Holdings records show that from July 9, 2022 to August 8, 2022 that HOBSON rented a silver Nissan Rogue bearing Minnesota registration plates DPH086—the same color, make, and model of vehicle that SINGLETON fled in during his attempt arrest. EAN Holdings records also show that on August 24, 2022, Hobson rented a gray 2021 Jeep Grand Cherokee bearing Wisconsin registration plate ALT-8126. Case agents viewed the renter information provided by EAN Holdings that shows HOBSON provided primary phone number 414-659-0296 and a secondary phone number 414-364-2619. Cases agents are aware that the secondary phone number 414-364-2619 was being used by EDWARDS. On September 20, 2022, case agents conducted surveillance of 1515 North Farwell Avenue, Milwaukee, Wisconsin, and observed the Jeep Grand Cherokee parked in front of EDWARDS's residence.

79.     Nolan M. CUNNINGHAM (DOB: 12/03/1986), a.k.a. "No No": While in-custody, SINGLETON regularly makes telephonic contact with CUNNINGHAM at phone numbers 414-627-1700, 414-467-9085, and 414-254-4090. Case agents searched the phone numbers in Thomson Reuters CLEAR, which showed that Nolan Cunningham is associated with cellular phone numbers 414-627-1700 and 414-254-4090. Case agents searched Milwaukee Police Department records that show on September 2, 2022, there was a call for service at 4721 North 28th Street, Milwaukee, Wisconsin regarding a threat.  The call was documented under Call No. 22-245-1846.  A male subject called 911 to report a female subject was not allowing him to get his property.  Case agents reviewed the call for service that shows the male subject called 911 from phone number 414-254-4090. Case agents also reviewed body camera video from responding officers that shows CUNNINGHAM was on-scene arguing with Nina N. Cunningham (DOB: 08/19/1978). During the call, Nina Cunningham identified CUNNINGHAM as her husband whom she is no longer with.  Case agents served U.S. Cellular with an administrative subpoena for telephone toll records and subscriber information for telephone number 414-627-1700.  The requested information shows no subscriber name for telephone number 414-627-1700. Case agents served T-Mobile with an administrative subpoena for telephone toll records and subscriber

information for telephone number 414-467-9085.  The requested information shows no subscriber name for telephone number 414-467-9085. Case agents served U.S. Cellular with an administrative subpoena for telephone toll records and subscriber information for telephone number 414-254-4090.  The requested information shows no subscriber name for telephone number 414-254-4090.

80.	Davarious K. NORWOOD (DOB: 07/22/1992), a.k.a. "Keon": While in-custody, SINGLETON regularly makes telephonic contact with NORWOOD at phone number 414-507-6689. During an examination of SINGLETON's iPhone, case agents observed a photo depicting a text message for Davarious K. Norwood. Case agents know that Norwood's middle name is "Keon." A photo of a text message from ID.me for Davarious K. Norwood was observed saved in SINGLETON's Apple iPhone.  Case agents served U.S. Cellular with an administrative subpoena for telephone toll records and subscriber information for telephone number 414-507-6689.  The requested information shows no subscriber name for telephone number 414-507-6689. Case agents searched telephone number 414-507-6689 in Cash App.  Telephone number 414-507-669 is linked to profile "HumbleOne" with Cash Tag "$Humble1ne."

**LACTOSE NEXUS**

81.	As described above, JOHNSON and SINGLETON discuss JOHNSON's prior order of a product from Amazon in coded language. During the call, SINGLETON asks JOHNSON to order the product again so that JOHNSON can sell it.  On September 15, 2022, case agents served Amazon with an administrative subpoena for all purchases made by Clarissa Johnson including customer information.  Amazon records show that JOHNSON has been a customer of Amazon since March 27, 2022. JOHNSON  has a billing address of 4330 North 48th Street, Milwaukee, Wisconsin. Amazon records show that on June 13, 2022, JOHNSON ordered "Lactose, Powder, Ultra Pure, 99 % min, l lb." Amazon records also show on August 15, 2022—three days after speaking with SINGLETON on a jail call—JOHNSON ordered "Lactose, Powder, Ultra Pure, 99 % min, l lb." Case agents know through training and experience that lactose in a powder form is used as a cutting agent with heroin and fentanyl.

82. Case agents searched "Lactose, Powder, Ultra Pure, 99 % min, 1 lb" on Amazon.com. The search identified a product produced by ChemCenter and is described as being Lactose High Purity Powder. The photo of the item depicted on Amazon's website is the same product that was seized during the search warrant at 9012 North 75thtreet. The photo of the lactose that was observed during the search warrant at 9012 North 75th Street is depicted below on the left. A photo of the lactose that is depicted on Amazon's website for "Lactose, Powder, Ultra Pure, 99 % min, 1 lb" is depicted below on the right.



## SEARCH WARRANT AT 4719 NORTH 36TH STREET AND ARREST OF MANUEL FRANKLIN

83. On August 30, 2022, the Honorable Maria Dorsey, Court Commissioner for the First Judicial District of Wisconsin, issued a warrant to search the premises located at 4719 North 36th Street, Milwaukee, Wisconsin.

84. On August 31, 2022, members of the Milwaukee Police Department's Special Investigations Division executed the search warrant at 4719 North 36th Street, Milwaukee,

execution of the search warrant, Gionlo J. Finch along with Manuel L. FRANKLIN and Darius K. Triblett were detained outside the residence.

85.     A subsequent search of the residence was conducted. During a search of the kitchen, investigators recovered 14.47 grams of cocaine along with multiple digital scales and multiple instruments used to process cocaine, including blenders, stir sticks, measuring cup, and two opened boxes Hornady 450 Bushmaster unfired cartridges.

86.     During a search of the northwest bedroom, investigators located a tan and black Bushmaster 450 caliber rifle, 18.32 grams of cocaine on the television stand, 35.06 grams of a cocaine/fentanyl mixture on the television stand, and a total of $5,885 in U.S. currency lying on the floor.

87.     During a search of the east bedroom, investigators located a black Palmetto State Arms .223 caliber rifle located between the bedroom mattresses. Investigators observed the firearm held a magazine with 29 unspent rounds. Investigators also located a digital scale.

88.     Detective Andrew Molina recovered a black Sonim flip style cellular phone with serial no. VKXP318121009340 and a black Kyocera flip style cellular phone with serial no. 990006158413802 from Gionlo Finch's front left pants pocket. The devices were placed in evidence as Milwaukee Police Department Inventory No. 22032296, Items No. 1 and No. 2.

89.     Officer Josepha Lanza located a silver Apple iPhone in Gionlo Finch's front right pants pocket. The device was placed in evidence as Milwaukee Police Department Inventory No. 22032296, Item No. 5.

90.     Case agents are aware that pursuant to the search warrant at 4719 North 36th Street, Gionlo Finch was charged with possession with intent to deliver cocaine in Milwaukee County Case Number 2022CF003477, and Manuel FRANKLIN was charged with possession with intent to deliver cocaine in Milwaukee County Case Number 2022CF003478.

91.     Case agents are aware these electronic devices are currently being stored at North Central HIDTA located at 801 West Michigan Avenue, Milwaukee, Wisconsin.

92. While conducting pre-warrant surveillance, officers observed Darius Triblett arrive in a 2008 Chevrolet Silverado pickup truck bearing Wisconsin license plate AMH-8612 and park in front of 4719 North 36th Street. Minutes later, two black males—Finch and FRANKLIN—exited the target residence and approached the Chevrolet Silverado. Triblett, who was the sole occupant, exited the driver's seat and walked around to the front passenger side of the vehicle.

93. Officers attempted to detain Triblett, Finch, and FRANKLIN to execute the warrant. In doing so, Detective Martez Ball observed a black Glock 43 9mm bearing serial number BEFF736 in the center console area in plain view, positioned in a manner as if placed there by the driver. Detective Gaglione then conducted a wanted check of the defendant, which revealed that he was a convicted felon from Milwaukee County Case No. 2018CF000456.

94. Triblett was subsequently arrested.

95. Detective Gaglione conducted a search of Triblett's vehicle and recovered: a loaded black Glock 43 9mm bearing serial number BEFF736 from the center console area; a black backpack from the front passenger seat containing a vacuum seal bag containing marijuana, sandwich bags containing marijuana, a clear knotted bag containing suspected heroin, and a plastic grocery bag containing a clear, crystal substance of suspected methamphetamine. Both serial numbers on the pistol were partially scratched off.

96. The suspected marijuana field tested positive for tetrahydrocannabinol with a gross weight of 199.1 grams, the suspected heroin tested positive for opiates with a gross weight of 4.87 grams; and the suspected methamphetamine tested positive for amphetamine with a gross weight of 26.4 grams.

97. Officer Erick Rummell attempted to interview the defendant after advising him of his rights. The defendant invoked his right to silence.

98. While handcuffed in the back of the squad car, the defendant admits to Officer Matthew Leidy that he has been arrested for possession of a firearm, and that he is a felon.

## CONFIRMING PHONE NUMBER 414-322-9100 WAS PORTED AFTER SINGLETON WAS ARRESTED

99. Case agents reviewed calls made from Manuel FRANKLIN while he was in-custody at the Milwaukee County Jail. On September 6, 2022 at 12:45, FRANKLIN calls phone number 414-322-9100. FRANKLIN has a pre-recorded message informing call takers that the caller is "Saman." When EDWARDS answers the phone, FRANKLIN refers to EDWARDS as "Fresh" and inquires about borrowing $600 for bail. EDWARDS confirms he has the money and informs FRANKLIN that he attempted to get a hold of "Max" the night before but could not find "Max's" number. FRANKLIN asks EDWARDS to call "my 627-3332." EDWARDS calls the number, but the call goes to voicemail.

100. Case agents reviewed calls made from inmates in the Milwaukee County House of Corrections and learned on September 7, 2022 at 10:58 a.m., an inmate using Timothy CUNNINGHAM's account called phone number 414-322-9100. EDWARDS answered the call and identified himself as "Fresh." The caller identified himself as "Bam." The caller asked the whereabouts of "Mikey," referring to SINGLETON. EDWARDS informs the caller that "Mikey" is "locked up." "Bam" asks if EDWARDS knows if SINGLETON has any of those "orange" (unintelligible) "subs." EDWARDS tells "Bam" he is unsure. "Bam" asks EDWARDS about "Saman." EDWARDS informs "Bam" that "Saman" is in-custody. EDWARDS tells "Bam" that he met "Max" and gave him $600 to $700 to bail "Saman" out.

## PHONE NUMBERS OF THE SINGLETON DTO MEMBERS

101. While monitoring jail calls, case agents have identified numerous phone numbers being used by members of the SINGLETON DTO. Case agents checked the internet database "Zetx" to confirm the cellular telephone carrier companies for the identified phone numbers. Case agents have used the database in the past and found the information to be reliable. The below listed carriers were identified:

- Clarissa Johnson: 414-998-6445 (Carrier: T-Mobile/Sprint)

- Debrah Edwards (SINGLETON's mother): 414-841-0904 (Carrier: T-Mobile/Sprint)
- Timothy EDWARDS, a.k.a. ""Fresh": 414-364-2619 (Carrier: T-Mobile)
- Timothy EDWARDS, a.k.a. ""Fresh": 414-817-2418 (Carrier: T-Mobile)
- Manuel FRANKLIN, a.k.a. "Love," a.k.a. "Saman": 414-627-3332 (Carrier: US Cellular)
- Manuel FRANKLIN, a.k.a. "Love," a.k.a. "Saman": 414-252-1421 (Carrier: T-Mobile)
- Venesa HOBSON, a.k.a. "Nessa": 414-659-0296 (Carrier: US Cellular)
- Davarious NORWOOD, a.k.a. "Keon": 414-507-6689 (Carrier: US Cellular)
- Nolan CUNNINGHAM, a.k.a. "No No": 414-627-1700 (Carrier: US Cellular)
- Nolan CUNNINGHAM, a.k.a. "No No": 414-467-9085 (Carrier: T-Mobile)
- Nolan CUNNINGHAM, a.k.a. "No No": 414-254-4090 (Carrier: US Cellular)
- Shared Drug Line: 414-322-9100 (Carrier: T-Mobile)
- Shared Drug Line: 414-793-7572 (Carrier T-Mobile).

## IDENTIFICATION OF iCLOUD ACCOUNT ASSOCIATED WITH PHONE NUMBER 414-627-3332

102. On October 11, 2022, case agents served U.S. Cellular with an administrative subpoena for subscriber information for phone number 414-627-3332. The requested information shows no subscriber for telephone number 414-627-3332. U.S. Cellular records show two email addresses associated with the account for telephone number 414-627-3332— jazzmine.franklin@icloud.com and noone@uscellular.com. During a jail call on August 15, 2022 at 12:59, FRANKLIN asks SINGLETON to call him at 414-627-3332. On August 15, 2022 at 13:12, SINGLETON calls phone number 414-627-3332 and speaks with FRANKLIN.

## IDENTIFICATION OF FACEBOOK ACCOUNTS FOR DTO MEMBERS

103.     Case agents know Davarious NORWOOD, a.k.a. "Keon," is associated with the Facebook account with URL https://www.facebook.com/davarious.norwood. NORWOOD's Facebook profile name is "Keon Norwood." NORWOOD has multiple photos of himself on his Facebook page. The photos depict NORWOOD flashing large sums of U.S. currency, NORWOOD wearing high-end Cartier brand glasses, and NORWOOD holding multiple cellular phones. NORWOOD also has photos of himself wearing a gold necklace with a personalized gold name plate that reads "Keon." NORWOOD is friends with Nolan CUNNINGHAM on Facebook.

104.     Case agents know Manuel FRANKLIN, a.k.a. "Love" a.k.a. "Saman," is associated with the Facebook account with URL https://www.facebook.com/profile.php?id=100079622958417. FRANKLIN's Facebook profile name is "Love Franklin." FRANKLIN has multiple photos of himself on his Facebook page. FRANKLIN is friend with Nolan CUNNINGHAM on Facebook.

105.     Case agents know Timothy EDWARDS, a.k.a. "Fresh," is associated with the Facebook account with URL https://www.facebook.com/freshalott. EDWARD's Facebook profile name is "Freshalott." EDWARDS has multiple photos of himself on his Facebook page. EDWARDS is friends with Nolan CUNNINGHAM on Facebook.

106.     Case agents know Clarissa JOHNSON is associated with the Facebook account with Facebook URL https://www.facebook.com/profile.php?id=100007642909230. JOHNSON's Facebook profile name is "Clarissa Johnson." JOHNSON has multiple photos of herself on her Facebook page. JOHNSON has photos of Michael SINGLETON on her Facebook page.

107.     Case agents know Nolan CUNNINGHAM is associated with the Facebook account with Facebook URL https://www.facebook.com/NobleNolan21. CUNNINHAM's Facebook profile name is "Noble Nolan (Can'tstopcountinup)."

## NOLAN CUNNINGHAM'S RENTAL CARS

108.     On November 7, 2022, the Drug Enforcement Administration received an anonymous tip regarding Nolan M. CUNNINGHAM (DOB: 12/03/1986). The anonymous tipster

reported that CUNNINGHAM was selling drugs in the Milwaukee area and driving a white Lexus with Wisconsin registration plate ARG-8775. The tipster's observation was on October 14, 2022.

109. On November 10, 2022, the Honorable Nancy Joseph, United States Magistrate Judge of the Eastern District of Wisconsin, issued a warrant for prospective and historical location information about the cellular telephone assigned call number 414-254-4090—a call number currently in possession of CUNNINGHAM and that CUNNINGHAM was using while selling drugs—in Case No. 22-1816M (NJ).

110. On November 11, 2022, case agents conducted follow up on Drug Enforcement Administration Tip No. 22-547199. Case agents conducted a check of Wisconsin registration ARG-8775 . The check showed the vehicle was registered to EAN Holdings LLC, the holding company for Enterprise Rent-a-Car, on a white 2020 Lexus NX.

111. Task Force Officer Michael Lopez contacted the Enterprise Holdings' Law Enforcement Line and spoke with an Enterprise associate. The associate informed Task Force Officer Lopez that on October 14, 2022, Nolan CUNNINGHAM was renting the vehicle. The associate further informed Task Force Officer Lopez that CUNNINGHAM had since returned the vehicle and was now renting a gray 2022 Mercedes Benz, bearing Wisconsin license plate ARC-1838. The vehicle was due back on November 28, 2022.

112. On November 11, 2022, Task Force Officer Lopez served EAN Holdings with an administrative subpoena seeking information about vehicles rented by CUNNINGHAM.

113. On November 14, 2022 at approximately 8:30 a.m., case agents initiated surveillance at 4721 North 28th Street, Milwaukee, Wisconsin. At approximately 8:50 a.m., case agents observed Nolan CUNNINGHAM exit the front door of 4721 North 28th Street and get into the driver's seat of a gray 2022 Mercedes Benz GLC, bearing Wisconsin registration ARC-1838.

114. On November 14, 2022, Enterprise Rent-a-Car responded to the subpoena. Enterprise Rent-a-Car records show Nolan CUNNINGHAM was renting the gray 2022 Mercedes

Benz GLC, bearing Wisconsin registration ARC-1838. The vehicle was due back on November 29, 2022.

115. On December 5, 2022, case agents drove past 4721 North 28th Street, Milwaukee, Wisconsin and observed the Subject Vehicle—a red 2022 Jeep Mountaineer bearing Wisconsin license plate ARG-8088—parked in front of the address. A database check revealed that the Subject Vehicle was registered to EAN Holdings, LLC. On the same date, case agents served Enterprise with an administrative subpoena for rental information for the Jeep Mountaineer.

116. On December 6, 2022, Enterprise responded to the subpoena. Enterprise records show the Subject Vehicle was being rented by Nolan CUNNINGHAM and was due back on December 2, 2022 (but had not been returned).

117. On December 7, 2022, Task Force Officer Michael Lopez drove by 4721 North 28th Street, Milwaukee, Wisconsin and observed the Subject Vehicle parked in front of the residence.

118. Based on information received from the anonymous tipster and information obtained from Enterprise, case agents know CUNNINGHAM is regularly renting vehicles and using those vehicles to distribute controlled substances and in furtherance of the drug trafficking conspiracy. Based upon my own observations, I know that the Subject Vehicle is presently within the Eastern District of Wisconsin.

119. Because law enforcement agents believe that CUNNINGHAM uses and controls the Subject Vehicle and is using that vehicle contemporaneous with his drug trafficking activities, case agents believe that installing and monitoring an electronic tracking device to determine the location of the Subject Vehicle will enable law enforcement officers to identify the existence, scope, and acts in furtherance of the drug trafficking conspiracy, identify CUNNINGHAM's co-conspirators and customers, and identify relevant locations used to store and distribute drugs and drug proceeds.

120. In order to track the movement of the Subject Vehicle effectively and to decrease the chance of detection, I seek to place a tracking device in or on the Subject Vehicle while it is in

the Eastern District of Wisconsin. To ensure the safety of the executing officer(s) and to avoid premature disclosure of the investigation, it is requested that the court authorize installation and removal of the tracking device during both daytime and nighttime hours. The Subject Vehicle is generally parked in front of 4721 North 28th Street, Milwaukee, Wisconsin. CUNNINGHAM is active during the evening and nighttime hours, others are active during the daytime hours, and the parking location is visible from inside of the residence at 4721 North 28th Street, Milwaukee, Wisconsin, so the risk of detection during the daytime hours is high.

121.     When case agents receive information from the device or from Enterprise indicating the Subject Vehicle has been returned, case agents will remove the device from the Subject Vehicle.

## AUTHORIZATION REQUEST

122.     Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to Federal Rule of Criminal Procedure 41 authorizing the periodic monitoring of the tracking device during both daytime and nighttime hours for a period of 45 days following installation of the device. The tracking device may produce signals from inside private garages or other such locations not open to the public or visual surveillance.

123.     It is further requested that in the event that the "Subject Vehicle" travels outside the territorial jurisdiction of the court, the order authorize the continued monitoring of the electronic tracking device in any jurisdiction within the United States, pursuant to 18 U.S.C. § 3117.

124.     I further request, pursuant to 18 U.S.C. § 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), that the Court authorize the officer executing the warrant to delay notice until June 1, 2023. This investigation is expected to remain covert until then, so disclosing the warrant would alert targets or subjects about the existence of a federal investigation. Investigators will continue to request the same notification deadline for all warrants in this investigation, so that the notifications can be coordinated or extended as necessary. A single notification date will reduce the administrative burden on investigators and the Court, minimize the risks of disclosure, and

promote judicial economy. The Honorable Nancy Joseph, United States Magistrate Judge of the Eastern District of Wisconsin, has already issued the warrant in Case No.22-1816M (NJ) in this investigation with the same notification date. This delay is justified because there is reasonable cause to believe that providing immediate notification of the warrant may have an adverse result, as defined in 18 U.S.C. § 2705. Providing immediate notice to the owner or user of the Subject Vehicle would seriously jeopardize the ongoing investigation, as such a disclosure would give that person an opportunity to destroy evidence, change patterns of behavior, notify confederates, and flee from prosecution. *See* 18 U.S.C. § 3103a(b)(1). There is reasonable necessity for the use of the technique described above, for the reasons set forth above. *See* 18 U.S.C. § 3103a(b)(2).